## ATTACHMENT A

### Person to be Searched

This warrant applies to the person of **NATHAN MICHAEL KEAYS,** date of birth November 16, 1979, SSAN: 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, with short brown hair and pictured below, for the search and seizure of any and all cellular telephones/smart phones on his person:





27