BRYAN SCHRODER
United States Attorney

CHARISSE ARCE
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF NATHAN MICHAEL KEAYS | ) No. 3:19-mj-00618-MMS<br>)<br>)<br>)<br>) |

## MOTION TO UNSEAL SEARCH WARRANT, APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, AND RETURN

COMES NOW the United States of America, by and through the United States Attorney for the District of Alaska, and moves this Court to unseal the above-captioned Search Warrant, Application, Affidavit, and Return for the Search Warrant. The need for sealing no longer exists in this matter.

RESPECTFULLY SUBMITTED on December 13, 2019, at Anchorage, Alaska.

                                            BRYAN SCHRODER
                                            United States Attorney

                                            s/ Charisse Arce
                                            CHARISSE ARCE
                                            Assistant United States Attorney